COM.

v.

KRALIK, S.

1412 MDA 2016

Superior Court of Pennsylvania.

03/24/2017

CP–54–CR–0000586–2015
(Schuylkill)

Affirmed

V.S.

v.

A.A.

1634 MDA 2016

Superior Court of Pennsylvania.

03/24/2017

2016–FC–40428
(Lackawanna)

Affirmed

REED, R.

v.

ASPEN HOME IMPROVEMENTS,
INC.

1446 MDA 2016

Superior Court of Pennsylvania.

03/24/2017

2012–SU–001380–54
(York)

Quashed

COM.

v.

EDGE, R.

163 WDA 2016

Superior Court of Pennsylvania.

03/24/2017

CP–02–CR–0013435–1998
CP–02–CR–0013774–1998
(Allegheny)

Affirmed

